Certificate Number: 05781-CAN-DE-041436917

Bankruptcy Case Number: 21-51418

05781-CAN-DE-041436917

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2026, at 8:38 o'clock PM PDT, Frances Esparza-Rivera completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of California.

Date: September 12, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President